UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>RYAN PASQUARELLO,<br><br>                    Defendant. | Case No. 2:21-cr-00210-RFB-EJY<br><br>ORDER |

**ORDER**

    IT IS THEREFORE ORDERED that the Hearing on Pretrial Detention Status currently scheduled for February 9, 2023 at 2:00 p.m. is vacated and continued to February 15, 2023 at 2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. This will be an in person hearing.

DATED this ___8th___ day of February, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3