KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

TONY L. ABBATANGELO, ESQ. *(NV Bar #3897)*
Email: tony@thevegaslawyers.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Mailing Address:*
4030 S. Jones Boulevard, Unit 30370
Las Vegas, Nevada  89173

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>Plaintiff,<br><br>vs.<br><br>RYAN PASQUARELLO,<br><br>Defendant. | CASE NO.: 2:21-cr-00210-RFB-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED and AGREED, by and between RYAN PASQUARELLO, by and through his counsel, TONY L. ABBATANGELO, ESQ., KATHLEEN BLISS, ESQ., and the UNITED STATES, by Assistant United States Attorney JACOB OPERSKALSKI, ESQ, that

the show cause hearing set on February 20, 2025, by order ECF No. 70, be continued to a date on or after February 27, 2025.

This stipulation is entered into for the following reasons:

1. On January 30, 2025, the Court granted the petition of Pretrial Services for a summons that Defendant appear to show cause on allegations stated in the petition and to answer why release should not be revoked. (ECF No. 70).

2. Counsel for Defendant, Kathleen Bliss, will be overseas until February 21, 2025, and then she must be in Reno on a federal case under seal from February 24-26, 2025.

3. Counsel for the United States does not oppose this continuance and therefore stipulates to an order continuing the hearing.

DATED this 4rd day of February 2025.

| PAUL PADDA LAW, PLLC | UNITED STATES ATTORNEY |
|---|---|
| By:       s/s<br>TONY L. ABBATANGELO, ESQ.<br>*Attorneys for Defendant* | By:       s/s<br>JACOB OPERSKALSKI, ESQ.<br>*Assistant United States Attorney* |
|       s/s<br>KATHLEEN BLISS, PLLC<br>By:   Kathleen Bliss, Esq.<br>      Attorney for Defendant | |

## ORDER ON STIPULATION

Before the Court is the Stipulation of the parties for a continuance of the hearing on Petition and to Show Cause why Defendant's pretrial release should not be revoked. Based on the stipulation and for good cause showing, it is ORDERED that the hearing currently scheduled for February 20, 2025, be vacated and continued to March 3, 2025 at 8:30 a.m.      .

Dated:   2/5/2025



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT